UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO LOPEZ, an individual; EUNICE DELGADILLO, an individual; UMBERTO MENDOZA, an individual; AVEIA TAUTOLO, an individual; and LADONA NARR, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Georgia corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-07302-SVW-SS<br><br>[Assigned to Hon. Stephen V. Wilson; Magistrate Judge: Hon. Suzanne H. Segal]<br><br>**ORDER GRANTING DEFENDANT DELTA AIR LINES, INC.'S UNOPPOSED MOTION FOR VACATUR OF THE COURT'S OPINION AND ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 134)**<br><br>Date:       May 8, 2017<br>Time:       1:30 p.m.<br>Courtroom:  10A<br>Judge:      Hon. Stephen V. Wilson |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 31297739.1

Order Granting Unopposed Motion for Vacatur
of Court's MSJ Opinion & Order
Case No. 2:15-cv-07302-SVW-SS

# ORDER

The Court, having considered Delta's Unopposed Motion for Vacatur of the Court's Opinion and Order Granting Plaintiffs' Motion for Summary Judgment (Dkt. 134), and for good cause appearing, hereby orders that the Court's Opinion and Order Granting Plaintiffs' Motion for Summary Judgment (Docket No. 134) is hereby vacated and withdrawn.

**IT IS SO ORDERED.**

Dated: May 2, 2017

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 31263093.1

1

Order Granting Unopposed Motion for Vacatur
of Court's MSJ Opinion & Order
Case No. 2:15-cv-07302-SVW-SS