**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
DALIA R. KHALILI (SBN 253840)
dkhalili@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**ALTSHULER BERZON LLP**
JAMES M. FINBERG (SBN 114850)
jfinberg@altshulerberzon.com
EILEEN B. GOLDSMITH (SBN 218029)
egoldsmith@altshulerberzon.com
ERIC P. BROWN (SBN 284245)
ebrown@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiffs REYNALDO LOPEZ, EUNICE DELGADILLO, UMBERTO MENDOZA, AVEIA TAUTOLO, LADONA NARR and KARL ARMSTRONG, individually, and on behalf of others similarly situated

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO LOPEZ et al. <br><br> Plaintiffs, <br><br> v. <br><br> DELTA AIRLINES, INC. et al. <br><br> Defendants. | No. 2:15-cv-07302-SVW-SS <br><br> [Assigned to Hon. Stephen V. Wilson, Courtroom 10A; Magistrate Judge: Hon. Suzanne H. Segal] <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:     July 17, 2017 <br> Time:     1:30 p.m. <br> Courtroom: 10A <br> Judge:    Hon. Stephen V. Wilson |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 17, 2017 at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom 10A of the United States District Court for the Central District of California located at the 350 W. 1st Street, Los Angeles, California, Plaintiffs Reynaldo Lopez, Eunice Delgadillo, Umberto Mendoza, Aveia Tautolo, Ladona Narr and Karl Armstrong will, and hereby do, move the Court as follows:

1. To preliminarily approve the Stipulation of Settlement ("Settlement Agreement") between Plaintiffs and the Class that this Court certified on December 16, 2016 (Dkt. 118), and Defendant Delta Airlines, Inc.;

2. To set dates for the submission of objections and opt-outs;

3. To set dates for the fairness hearing regarding final approval of the Settlement Agreement, class representative enhancements, administrative fees and Class Counsel's motion for an award of attorneys' fees and costs; and

4. To approve the form and authorize the mailing of the proposed notice of settlement.

This motion is made on the grounds that the Settlement Agreement, which provides for a total, non-reversionary payment of $4.25 million, "is the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, does not improperly grant preferential treatment to class representatives or segments of the class, and falls within the range of possible approval," such that preliminary approval is appropriate. *In re Tableware Antitrust Litig.*, 484 F. Supp. 2d 1078, 1079 (N.D. Cal. 2007) (quoting *Schwartz v. Dallas Cowboys Football Club, Ltd.*, 157 F. Supp. 2d 561, 570 n.12 (E.D. Pa. 2001)). Further, the proposed notice of settlement complies with due process requirements and is the "best notice that is practicable under the circumstances," as it provides Class Members an opportunity to fully assess the Settlement, including Plaintiffs' motion for attorneys' fees and costs, before deciding whether to opt-out or submit objections. F.R.C.P. 23(c)(2)(B).

The motion is based upon this Notice, the accompanying Memorandum of Points and Authorities and Declarations of Matthew J. Matern and Eileen B. Goldsmith and all exhibits thereto, the complete files and records in this action, and any other evidence or oral argument which may be considered by the Court at the time of the hearing.

DATED: June 9, 2017

Respectfully submitted,

**MATERN LAW GROUP, PC**
Matthew J. Matern
Dalia R. Khalili
Matthew W. Gordon

**ALTSHULER BERZON LLP**
James M. Finberg
Eileen B. Goldsmith
Eric P. Brown

By: */s/ Matthew J. Matern*
　　　　Matthew J. Matern

Attorneys for Plaintiffs
REYNALDO LOPEZ et al.